LORI MONNIER *v.* DWIGHT MONNIER

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 833, is denied.

*Louis Kiefer,* in support of the petition.

*Marcia Tannenbaum,* in opposition.

Decided June 25, 1991